# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 11-cv-03102-CMA-KMT

AVIANCE MASON,

    Plaintiff,

v.

APOLLO CREDIT AGENCY, INC., and
DOES 1-10,

    Defendants.

---

## ORDER FOR ADMINISTRATIVE CLOSURE

---

This matter is before the Court *sua sponte*, pursuant to the Notice of Bankruptcy and Automatic Stay of Plaintiff, Aviance Mason, filed on January 24, 2012. (Doc. # 7.) Pursuant to 11 U.S.C. § 362, an automatic stay is "triggered upon the filing of a bankruptcy petition regardless of whether the other parties to the stayed proceeding are aware that a petition has been filed." *Myers v. Alliance for Affordable Servs.*, 318 F. Supp. 2d 1055, 1056 (D. Colo. 2004) (quotation marks and citation omitted).

Accordingly, the Court hereby ORDERS that the above-captioned case be STAYED and ADMINISTRATIVELY CLOSED, subject to reopening by Plaintiff upon filing with this Court either (a) an order from the United States Bankruptcy Court for the District of Colorado (Case No. 11-38117-SBB) granting relief from the automatic stay

OR (b) a notice that the bankruptcy case has been dismissed without a discharge of this obligation having been granted.  It is

FURTHER ORDERED that, beginning April 1, 2012, Plaintiff shall file a report regarding the status of the bankruptcy case on a quarterly basis, keeping the Court so informed.  It is

FURTHER ORDERED that the Scheduling Conference set for March 27, 2012, is VACATED.

DATED:  February   28  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge