**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03102-CMA-KMT

AVIANCE MASON,

    Plaintiff,

v.

APOLLO CREDIT AGENCY, INC., and
DOES 1-10,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Defendant's Motion To Dismiss With Prejudice (Doc. # 11) is GRANTED.  The Court hereby

ORDERS that this matter is DISMISSED WITH PREJUDICE.

DATED: March  28th , 2012

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge